UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARMEN A. ZAMMIELLO,

     Plaintiff,

v.                                 CASE NO. 8:23-cv-1007-CEH-CPT

RICKY DIXON, SECRETARY,
DEPARTMENT OF CORRECTIONS, *et al*.,

     Defendants.

_____/

## **ORDER**

Before the Court is Plaintiff's motion (Doc. 29) to vacate this Court's August 27, 2025 Order (*see* Doc. 16) striking his amended complaint under Federal Rule of Civil Procedure 60(b)(1), and for leave to amend his initial complaint under Federal Rule of Civil Procedure 15(a). Rule 60(b)(1) provides that "[o]n motion and just terms, the court may relieve a party or its representative from a final judgment, order, or proceeding for . . . mistake, inadvertence, surprise, or excusable neglect[.]"

Plaintiff fails to show that the Court mistakenly or erroneously struck his amended complaint. At the time he filed the amended complaint, the case was dismissed and closed. Thus, there was no complaint to amend. Moreover, the case was dismissed under the "three strikes" provision of 28 U.S.C. § 1915(g). Thus, Plaintiff was prohibited from proceeding without first paying the full filing fee.

Accordingly, it is ORDERED that Plaintiff's motion to vacate the order striking

1

his amended complaint and to amend his complaint (Doc. 29) is **DENIED**.

**DONE AND ORDERED** in Tampa, Florida on April 16, 2026.

Charlene Edwards Honeywell
United States District Judge

Copy to: Plaintiff, *pro se*

2